**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ralph Holden SHIELDS, Defendant–**
**Appellant.**

**No. 02–4535.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Nov. 27, 2002.

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Frank D. Whitney, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ralph H. Shields appeals the district court's order revoking his term of supervised release and sentencing him to twenty-four months imprisonment. We have reviewed the record and find no reversible error associated with the lower court's decision to sentence Shields above the recommended guideline range. *See United States v. Davis,* No. 53 F.3d 638, 642–43 (4th Cir.1995). Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*